Rory MAYBERRY, United States ex rel.; Robert Isakson, United States ex rel., Plaintiffs—Appellants,

and

United States of America,
Party–in–Interest,

v.

Michael BATTLES; Security Ventures International, Limited; Danubia Global, Incorporated; Richard Levinson; Amy Clark; Windmill International, Limited; Hansford T. Johnson; Douglas Combs; Scott Custer, Defendants—Appellees,

**280**

Custer Battles, LLC, Debtor—Appellee,

and

Emergent Business Services; Tarheel Training, LLC; Rob Roy Trumble; Sallyport Global Holding, LLC; Joseph Morris; John Deblasio, Defendants.

No. 08–2191.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2010.

Decided: May 21, 2010.

Victor Aronoff Kubli, Kubli & Associates, P.C., Vienna, Virginia, for Appellants. Craig Crandall Reilly, Alexandria, Virginia; Peter Barton Hutt, II, Duncan Stevens, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, D.C.; Eugene Andrew Burcher, Walsh Colucci Lubeley Emrich & Walsh, PC, Prince William, Virginia; Scott Custer, Bradenton, Florida, for Appellees.

Before KING, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rory Mayberry and Robert Isakson appeal the district court's order accepting the recommendation of the magistrate judge, granting the motion for Fed. R.Civ.P. 37 sanctions, dismissing this action with prejudice, and awarding reasonable expenses and fees to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its opinion from the bench. *Mayberry v. Battles,* No. 1:06–cv–00364–LO–TCB (E.D.Va. Oct. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*